**Lance Kerwin HENDERSON,**
**Plaintiff–Appellant,**

v.

**DISTRICT ATTORNEY OFFICE, at**
**Sacramento; et al., Defendants–**
**Appellees.**

No. 13–15280.

United States Court of Appeals,
Ninth Circuit.

---

Submitted May 13, 2014.*

Filed May 29, 2014.

Lance Kerwin Henderson, Corcoran, CA, pro se.

Before: CLIFTON, BEA, and WATFORD, Circuit Judges.

MEMORANDUM ***

California state prisoner Lance Kerwin Henderson appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging denial of post-conviction access to biological evidence for DNA testing. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under 28 U.S.C. § 1915A. *Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir.2000). We affirm.

The district court properly dismissed Henderson's claims alleging that Henderson was denied post-conviction access to biological evidence for DNA testing because he failed to allege sufficient facts to state a viable due process claim. *See Dist. Attorney's Office for Third Judicial Dist. v. Osborne*, 557 U.S. 52, 69–72, 129 S.Ct. 2308, 174 L.Ed.2d 38 (2009) (holding that plaintiff had no viable procedural due process claim because state's procedures for post-conviction relief did not transgress recognized principles of fundamental fairness, and that there was no substantive

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

due process right to post-conviction access to DNA evidence).

**AFFIRMED.**

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.